IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-10-00169-CV

 

Peggy Blakely,

                                                                                    Appellant

 v.

 

Wells Fargo Bank NA, a National 

Banking Association as Trustee, etc., 

Justice of the Peace Precinct 4 Place 1, 

etc., Quilling Selander Cummiskey 

and Lownds and James Wortman, etc.,

                                                                                    Appellees

 

 



From the 40th District Court

Ellis County, Texas

Trial Court No. 80604

 



MEMORANDUM  Opinion










 

            Peggy Blakely attempts to appeal the
trial court’s denial of her request for a temporary restraining order.  The
Clerk of this Court notified Blakely by letter that the appeal was subject to
dismissal because it appeared there is no right to appeal this type of
interlocutory order.  See Tex.
Civ. Prac. & Rem. Code Ann. § 51.014 (Vernon 2008) (list of
appealable interlocutory orders).  The Clerk further warned Blakely that the
Court would dismiss the appeal unless, within 21 days of the date of this
letter, a response was filed showing grounds for continuing the appeal. 
Blakely has not responded to the Clerk’s letter.

            Accordingly, this appeal is
dismissed.  Tex. R. App. P. 42.3;
44.3.

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Reyna, and

            Justice
Davis

Appeal
dismissed

Opinion
delivered and filed June 9, 2010

[CV06]